John A. Adams (0023)  
Caleb J. Frischknecht (11648)  
**RAY QUINNEY & NEBEKER**  
36 South State Street, Suite 1400  
P.O. Box 45385  
Salt Lake City, Utah 84145-0385  
Telephone: (801) 532-1500  
Facsimile: (801) 532-7643  
jadams@rqn.com  
cfrischknecht@rqn.com  

David T. DiBiase (Admitted *pro hac vice*)  
David J. Billings (Admitted *pro hac vice*)  
**ANDERSON, McPHARLIN & CONNERS LLP**  
Thirty-First Floor  
444 South Flower Street  
Los Angeles, California 90071-2901  
Telephone: (213) 688-0080  
Facsimile: (213) 622-7594  
dtd@amclaw.com  
djb@amclaw.com  

**Attorneys for Defendant Federal Insurance Company**

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH FIRST FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:10-cv-00522-DB<br><br>Honorable Dee Benson<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date:   September 24, 2012 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff UTAH FIRST FEDERAL CREDIT UNION and defendant FEDERAL INSURANCE COMPANY, by and through their respective counsel of record, hereby stipulate to the dismissal, with prejudice, of the entire above-captioned action, all parties to bear their own costs and fees.

941096.1

DATED: April 2, 2012              ANDERSON, McPHARLIN & CONNERS LLP


By: _____
    David J. Billings
    Attorneys for Defendant Federal Insurance Company


DATED: April 2, 2012              JONES WALDO HOLBROOK & McDONOUGH PC


By: _____
    George W. Pratt
    Attorneys for Plaintiff, UTAH FIRST FEDERAL
    CREDIT UNION

941096.1                                  2